UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BUHRMAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>　　　Defendant. | CIVIL NO. 3:17-cv-07143-SK<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that the Joint Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file its response to Plaintiff's Motion on or before **October 24, 2018**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

Dated: September 18, 2018

　　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　　THE HONORABLE SALLIE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge